In the Matter of the Petition of ROBERT J. HANLEY for Admission to the Bar.— Application granted and order signed. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.